# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-1627

———————————————

MICHAEL JEROME HENDERSON JR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

November 6, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Ross Scott Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.